IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUINCY B. JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-686-WKW |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On January 14, 2022, the Magistrate Judge filed a Recommendation (Doc. # 5) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1.  The Magistrate Judge's Recommendation (Doc. # 5) is ADOPTED.

2.  This case is DISMISSED for lack of jurisdiction.

A final judgment will be entered separately.

DONE this 8th day of February, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE